United States District Court
Middle District of Florida
Jacksonville Division

MALIBU MEDIA, LLC,

    *Plaintiff,*

v.                                                                                                         NO. 3:13-CV-1578-J-32PDB

JOHN DOE,
SUBSCRIBER ASSIGNED IP ADDRESS 24.129.117.212,

    *Defendant.*

---

MALIBU MEDIA, LLC,

    *Plaintiff,*

v.                                                                                                         NO. 3:13-CV-1579-J-32PDB

JOHN DOE,
SUBSCRIBER ASSIGNED IP ADDRESS 50.139.254.161,

    *Defendant.*

---

MALIBU MEDIA, LLC,

    *Plaintiff,*

v.                                                                                                         NO. 3:13-CV-1580-J-32PDB

JOHN DOE,
SUBSCRIBER ASSIGNED IP ADDRESS 50.203.45.94
    *Defendant.*

---

**MALIBU MEDIA, LLC,**

  *Plaintiff,*

v.                   No. 3:13-CV-1581-J-32PDB

**JOHN DOE,**
SUBSCRIBER ASSIGNED IP ADDRESS **66.177.6.60**,

  *Defendant.*

───────────────────────────────────────────────

**MALIBU MEDIA, LLC,**

  *Plaintiff,*

v.                   No. 3:13-CV-1582-J-32PDB

**JOHN DOE,**
SUBSCRIBER ASSIGNED IP ADDRESS **71.203.148.180**,

  *Defendant.*

───────────────────────────────────────────────

**MALIBU MEDIA, LLC,**

  *Plaintiff,*

v.                   No. 3:13-CV-1583-J-32PDB

**JOHN DOE,**
SUBSCRIBER ASSIGNED IP ADDRESS **98.231.8.110**,

  *Defendant.*

───────────────────────────────────────────────

## Order Granting Motions for Hearings

The plaintiff has filed identical motions for expedited hearings in these cases. The Court grants the motions and sets one consolidated hearing for **March 19, 2014, at 2:00 p.m.**, at the Bryan Simpson United States Courthouse, Courtroom

5B, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida, 32202, to consider arguments on the plaintiff's motions for leave to serve third-party subpoenas before Fed. R. Civ. P. 26(f) conferences.

**Ordered** in Jacksonville, Florida, on March 7, 2014.

_____
Patricia D. Barksdale
*United States Magistrate Judge*


c: Counsel of record