UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 3:13-cv-01582-TJC-PDB |
| v. | ) |
| JOHN DOE subscriber assigned IP address 71.203.148.180, | ) |
|     Defendant. | ) |

**NOTICE OF FILING EXCULPATORY EVIDENCE FORM**

PLEASE TAKE NOTICE, Plaintiff is filing the attached Exculpatory Evidence Form pursuant to the hearing before your Honor on Wednesday March 20, 2014 and for consideration of Plaintiff's Motion for Leave [CM/ECF 4].

Dated: March 21, 2014

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*